**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:26CR23** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **WES L. NUNN,** | ) | |
| | ) | |
| **Defendant** | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [19]. For reasons set forth in the motion, and for good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [19] is granted as follows:

1. The jury trial, now set for April 21, 2026, is continued to **August 4, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 4, 2026,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: April 8, 2026**

**BY THE COURT:**

**s/ Ryan C. Carson
United States Magistrate Judge**