IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WES L. NUNN,<br><br>Defendant. | **8:26CR23**<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the Court upon the Government's Motion for Preliminary Order of Forfeiture. Filing 55. The Court has carefully reviewed the record in this case and finds as follows:

1. On October 20, 2026, the Court held a change of plea hearing whereby Wes L. Nunn ("Nunn") entered a plea of guilty to Counts I, II, III, and IV of the Superseding Indictment. Filing 28; Filing 45 (text minute entry). In his signed Petition to Enter a Plea of Guilty, specifically Question No. 17, Nunn indicated that he would be forfeiting property to the United States as a result of his plea. Filing 50.

2. Count I of the Superseding Indictment charged Nunn with interference with commerce by robbery, in violation of 18 U.S.C. § 1951. Filing 28.

3. Count II of the Superseding Indictment charged Nunn with brandishing a firearm during a crime of violence, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2. Filing 28.

4. Count III of the Superseding Indictment charged Nunn with felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). Filing 28.

5. Count IV of the Superseding Indictment charged Nunn with felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). Filing 28.

6. The Forfeiture Allegation sought forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), of "any firearms, ammunition, and any and all optics, attachments, and accessories involved in the commission of the offense" including, but not limited to a Glock 19 9mm handgun, with serial number WWY431 and a Umarex Sportwaffen GMBH & Co. FN 502 .22-caliber handgun, with serial number LR045445. Filing 28.

7. On May 26, 2026, the government filed a Bill of Particulars for Forfeiture of Property adding 34 Rounds ASSORTED Ammunition CAL: 9 and 16 Rounds ASSORTED Ammunition CAL:22 to the Forfeiture Allegation. Filing 27.

8. Based on the Defendant's guilty plea and admission, Defendant forfeits his interest in the Glock 19 9mm handgun, with serial number WWY431; Umarex Sportwaffen GMBH & Co. FN 502 .22-caliber handgun, with serial number LR045445; 34 Rounds ASSORTED Ammunition CAL: 9; and 16 Rounds ASSORTED Ammunition CAL:22, and the Government is entitled to possession of any interest Defendant has in the property, pursuant to 21 U.S.C. § 853.

9. The Government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The Government's Motion for Preliminary Order of Forfeiture, Filing 55, is granted.

2. Based upon the Forfeiture Allegation of the Indictment, Filing 1, and Defendant's guilty plea and admission, the Government is hereby authorized to seize the Glock 19 9mm handgun, with serial number WWY431; Umarex Sportwaffen GMBH & Co. FN 502 .22-caliber handgun, with serial number LR045445; 34 Rounds ASSORTED Ammunition CAL: 9; and 16 Rounds ASSORTED Ammunition CAL:22.

3. Defendant's interests in the Glock 19 9mm handgun, with serial number WWY431; Umarex Sportwaffen GMBH & Co. FN 502 .22-caliber handgun, with serial number LR045445; 34 Rounds ASSORTED Ammunition CAL:

9; and 16 Rounds ASSORTED Ammunition CAL:22, is hereby forfeited to the Government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The Glock 19 9mm handgun, with serial number WWY431; Umarex Sportwaffen GMBH & Co. FN 502 .22-caliber handgun, with serial number LR045445; 34 Rounds ASSORTED Ammunition CAL: 9; and 16 Rounds ASSORTED Ammunition CAL:22, is to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet Government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the Government 's intent to dispose of the Glock 19 9mm handgun, with serial number WWY431; Umarex Sportwaffen GMBH & Co. FN 502 .22-caliber handgun, with serial number LR045445; 34 Rounds ASSORTED Ammunition CAL: 9; and 16 Rounds ASSORTED Ammunition CAL:22, in such manner as the Attorney General may direct, and notice that any person, having or claiming a legal interest in the Glock 19 9mm handgun, with serial number WWY431; Umarex Sportwaffen GMBH & Co. FN 502 .22-caliber handgun, with serial number LR045445; 34 Rounds ASSORTED Ammunition CAL: 9; and 16 Rounds ASSORTED Ammunition CAL:22, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the Glock 19 9mm handgun, with serial number WWY431; Umarex Sportwaffen GMBH & Co. FN 502 .22-caliber handgun, with serial number LR045445; 34 Rounds ASSORTED Ammunition CAL: 9; and 16 Rounds ASSORTED Ammunition CAL:22, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the Glock 19 9mm handgun, with serial number WWY431; Umarex Sportwaffen GMBH & Co. FN 502 .22-caliber handgun, with serial number LR045445; 34 Rounds ASSORTED Ammunition CAL: 9; and 16 Rounds ASSORTED Ammunition CAL:22, and any additional facts supporting the Petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Glock 19 9mm handgun,

with serial number WWY431; Umarex Sportwaffen GMBH & Co. FN 502 .22-caliber handgun, with serial number LR045445; 34 Rounds ASSORTED Ammunition CAL: 9; and 16 Rounds ASSORTED Ammunition CAL:22, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 24th day of November, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge